B. Fowler, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*W. T. Bludworth,* for Plaintiff in Error.

Ruben Commander, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*W. T. Bludworth,* for Plaintiff in Error.

City National Bank in Miami, Appellant, v. R. O. Windle, Appellee.

*S. D. Weissbuch* for Appellant.